# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

|  |  |
|---:|:---|
| **Debtor:** | ROBERTO RAMIRO & LAURA ELENA MUNOZ |
| **Case Number:** | 09-13556-JM13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JANUARY 05, 2010 10:00 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

### *Matter:*

U.S. BANK'S MOTION FOR RELIEF FROM STAY (RS #DRP-1)

### *Appearances:*

Rebecca Pennington, Attorney for Trustee
DAVID L. SPECKMAN, ATTORNEY FOR LAURA ELENA MUNOZ, ROBERTO RAMIRO MUNOZ

### *Disposition:*

Granted without waiver of FRBP 4001(a)(3).