| | |
|---|---|
| 1 | PROBER & RAPHAEL, A LAW CORPORATION |
| 2 | DEAN R. PROBER, ESQUIRE, #106207 |
|   | LEE S. RAPHAEL, ESQUIRE, #180030 |
| 3 | CASSANDRA J. RICHEY, ESQUIRE #155721 |
|   | 20750 Ventura Boulevard, Suite 100 |
| 4 | Woodland Hills, California 91364 |
|   | P.O. Box 4365 |
| 5 | Woodland Hills, CA  91365-4365 |
| 6 | (818) 227-0100 |
|   | (818) 227-0101 facsimile |
| 7 | F.040-918 |
| 8 | Attorneys for Secured Creditor |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Bk. No. 09-13556-JM13 |
| ) | |
| ROBERTO RAMIRO MUNOZ AND ) | |
| LAURA ELENA MUNOZ ) | R.S. No. DRP-1 |
| ) | |
| Debtors. ) | Chapter 13 |
| ────────────────────────── ) | |
| ) | |
| U.S. BANK, N.A., SUCCESSOR IN ) | |
| INTEREST TO THE FDIC AS RECEIVER ) | |
| FOR DOWNEY SAVINGS AND LOAN ) | |
| ASSOCIATION, F.A., its assignees and/or ) | NOTICE OF LODGMENT OF |
| successors in interest ) | ORDER ON MOTION FOR |
| ) | RELIEF FROM AUTOMATIC STAY |
| Movant ) | |
| ) | Date of Hearing : 01/05/2010 |
| ) | Time of Hearing: 10:00 a.m. |
| vs. ) | Name of Judge: James W. Meyers |
| ) | |
| ROBERTO RAMIRO MUNOZ AND ) | |
| LAURA ELENA MUNOZ; ) | |
| DAVID L. SKELTON, Trustee; ) | |
| ) | |
| Respondents. ) | |
| ────────────────────────── ) | |

PLEASE TAKE NOTICE that, pursuant to the local rules of the United States

Bankruptcy Court for the Southern District of California, the Order on Motion for Relief from Automatic Stay, attached hereto as **Exhibit "A",** was lodged with the United States Bankruptcy Court for the Southern District of California for signature of the Honorable James W. Meyers, U.S. Bankruptcy Judge.

**IF YOU OPPOSE THE REQUESTED RELIEF, YOU MUST FILE WRITTEN OPPOSITION WITH THE COURT AND THE SECURED CREDITOR'S ATTORNEY WITHIN SEVEN (7) DAYS OF LODGMENT OF THE ORDER.**

DATED: January 26, 2010

                                            By /s/ Cassandra Richey, Esq.
                                              CASSANDRA RICHEY, ESQUIRE, #155721
                                          Attorneys for Secured Creditor

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Barbara Scott, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On January 26, 2010, I served the within NOTICE OF LODGMENT; ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Roberto Ramiro Munoz
Laura Elena Munoz
5177 Sandbar Cove Way
San Diego, CA 92154
Debtors

David L. Speckman, Esquire
Speckman & Associates
835 Fifth Avenue, Suite 301
San Diego, CA 92101
Attorney for Debtors

David L. Skelton
525 "B" Street, Suite 1430
San Diego, CA 92101-4507
Chapter 13 Trustee

Prober & Raphael, A Law Corporation
P.O. Box 4365
Woodland Hills, CA 91365-4365
Attorney for Movant

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2010, at Woodland Hills, California.

/s/ Barbara Scott